Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Robert BRACE, petitioner,
v. UNITED STATES.
No. 07–916.
March 17, 2008.